1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA FIGUEROA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY AND DOES 1-20,<br><br>　　　　Defendants. | Case No. 2:15−cv−04292−CAS(AJWx)<br><br>**DISCOVERY MATTER**<br><br>(Honorable Andrew J. Wistrich)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>[Filed concurrently with Stipulated Protective Order]<br><br>Complaint Filed:　April 15, 2015 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Good cause having been shown within the parties' Stipulated Protective Order (the "Stipulation"), the Court hereby orders that the handling of confidential, proprietary and/or trade secret documents or information in this case shall be governed by the terms of the Stipulation.

**IT IS SO ORDERED.**

DATED: _____2/5/2016_     _____
THE HON. ANDREW J. WISTRICH
United States Magistrate Judge

1