# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARIA FIGUEROA, | Case No.: 2:15-cv-04292-CAS(AJWx) |
|---|---|
| Plaintiff, | (Honorable Christina A. Snyder) |
| vs. | **[PROPOSED] ORDER DISMISSING THE CASE WITH PREJUDICE** |
| TRANSAMERICA LIFE INSURANCE COMPANY AND DOES 1-20, | |
| Defendants. | [Filed concurrently with Stipulation] |
| | Complaint Filed: April 15, 2015 |

JS-6

## ORDER

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice. **IT IS HEREBY ORDERED** that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41. Each party shall bear her/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 20, 2017

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

HINSHAW & CULBERTSON
633 West 5th Street, 47th Floor
Los Angeles, CA 90071-2043
213-680-2800

36279101v1 0972393

1